**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**G & G Hotel Development, LLC** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Knights Inn; fdba Ramada Conference Center; dba Cavalier's Resort Shelbyville; dba Cavalier's Resort & Conference Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **26-1858102** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**3924 W. Devon Avenue**<br>**Linconwood, IL**<br><br>ZIP CODE **60112** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3924 W. Devon Avenue**<br>**Linconwood, IL**<br><br>ZIP CODE **60112** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**520 E. Thompson Road**<br>**Indianapolis, IN**<br><br>ZIP CODE **46227** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**

- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts owed to insiders or affiliates) are less than $2,343,300  *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)**       Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **G & G Hotel Development, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**Western District of Washington** | Case Number:<br>**10-25589** | Date Filed:<br>**12/30/2010** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____<br>              (Name of landlord that obtained judgment)

              _____<br>              (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 1199441834)*

B1 (Official Form 1) (4/10)                                                                                              Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **G & G Hotel Development, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** **/s/ Jeffrey W. Deer** _____

**Jeffrey W. Deer**                    Bar No. **6204093**

**Deer & Stone, P.C.**
**130 S. Jefferson Street**
**Suite 370**
**Chicago, Illinois 60661**

Phone No. **(312) 782-7790**      Fax No. **(312) 782-7789**

**7/21/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**G & G Hotel Development, LLC**

**X** **/s/ Gurinderjit Purewal** _____
Signature of Authorized Individual

**Gurinderjit Purewal**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**7/21/2011**
Date

Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **G & G Hotel Development, LLC**                                        Case No. _____
                                                                                             (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| (Ramada) Cavaliers Resort & Conference Center 520 E. Thompson Road Indianapolis, IN 46227 | Fee Simple | | $2,000,000.00 | $5,390,387.01 |
| | | Total: | $2,000,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **G & G Hotel Development, LLC**                                    Case No. _____
                                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Chase Bank<br><br>UCB Bank escrow account | | $500.00<br><br>$50,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **G & G Hotel Development, LLC**                                    Case No. _____

                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | G & G Hotel Development | | $20,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Direct Bill Accounts | | $5,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **G & G Hotel Development, LLC**                                    Case No. _____

                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
| --- | --- | --- | --- | --- |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | (3) Ford Vans Cavalier's Resort & Conference Center | | $12,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **G & G Hotel Development, LLC**                    Case No. _____

                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Kitchen Equiptment<br>Cavalier's Resort & Conference Center | | $20,000.00 |
| | | (2) Security Systems, (32) Cameras<br>Cavalier's Resort & Conference Center | | $7,500.00 |
| | | (210) Room Beds<br>Cavalier's Resort & Conference Center | | $10,000.00 |
| | | (106) Room Refrigerators<br>Cavalier's Resort & Conference Center | | $5,300.00 |
| | | Desk<br>Cavalier's Resort & Conference Center | | $11,440.00 |
| | | Chairs<br>Cavalier's Resort & Conference Center | | $6,200.00 |
| | | Computers, Printers, faxes, phones<br>Cavalier's Resort & Conference Center | | $20,000.00 |
| | | Housekeeping Supplies, food products<br>Cavalier's Resort & Conference Center | | $13,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | (186) Televisions<br>Cavalier's Resort & Conference Center | | $5,000.00 |
| | | (15) Roof A/C Units<br>Cavalier's Resort & Conference Center | | $25,500.00 |
| | | Maintenance Tools & Supplies<br>Cavalier's Resort & Conference Center | | $7,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **G & G Hotel Development, LLC**                          Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

**Total  >**    **$218,940.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **G & G Hotel Development, LLC**                          Case No. _____

                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **G & G Hotel Development, LLC**                              Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**United Central Bank**<br>**2601 N. Lamar Boulevard, Suite 300**<br>**Austin, TX 78705** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage - PMSI**<br>COLLATERAL:<br>**(Ramada) Cavaliers Resort Shelbyville**<br>REMARKS:<br><br>VALUE:                        **$2,000,000.00** | | | | **$5,390,387.01** | **$3,390,387.01** |
| **Representing:**<br>**United Central Bank** | | **Schuyler, Roche & Crisham, P.C.**<br>**130 E. Randolph Street, Suite 3800**<br>**Chicago, IL 60601** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | **$5,390,387.01** | **$3,390,387.01** |
| | | | Total (Use only on last page) > | | | **$5,390,387.01** | **$3,390,387.01** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re   **G & G Hotel Development, LLC**                                    Case No. _____

                                                                                         (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **G & G Hotel Development, LLC**                                    Case No. _____

                                                                                                 (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Indiana Department of Revenue**<br>**100 N. Senate Avenue**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: <br><br>**Internal Revenue Service**<br>**Special Procedures Staff**<br>**915 2nd Avenue, M/S 244**<br>**Seattle, WA 98174** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Sheet no. ___1___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/10) - Cont.

In re  **G & G Hotel Development, LLC**                    Case No. _____

                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Marion County Assessor** <br> **200 E. Washington Street, Suite 1360** <br> **Indianapolis, IN 46204** | | DATE INCURRED: <br> CONSIDERATION: <br> . <br> REMARKS: | | | | **$106,000.00** | **$0.00** | **$106,000.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$106,000.00** | **$0.00** | **$106,000.00** |
|---|---|---|---|---|
| | Total > <br> **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | **$106,000.00** | | |
| | Totals > <br> **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | **$0.00** | **$106,000.00** |

B6F (Official Form 6F) (12/07)

In re   **G & G Hotel Development, LLC**                     Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**21st Century Insurance**<br>**2 Wells Avenue**<br>**Newton, MA 02459** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $15,000.00 |
| ACCT #:<br>**A Classic Party Rental**<br>**1333 E. 86th Street**<br>**Indianapolis, IN 46240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $47.08 |
| ACCT #:<br>**Acorn Distributing**<br>**5820 Fortune Circle Drive W**<br>**Indianapolis, IN 46241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $219.69 |
| ACCT #:<br>**Advantage Water**<br>**5348 Victory Drive, Suite B**<br>**Indianapolis, IN 46203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,027.20 |
| ACCT #:<br>**Amanda Skillman**<br>**c/o Brown, De Prez & Johnson, P.A.**<br>**P.O. Box 718**<br>**Shelbyville, IN 46176** | | DATE INCURRED:<br>CONSIDERATION:<br>**Civil Complaint**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**American Water**<br>**P.O. Box 94551**<br>**Palatine, IL 60094-4551** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,276.01 |
| | | Subtotal > | | | | $17,569.98 |
| | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**12**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **G & G Hotel Development, LLC**                    Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Amtex**<br>**P.O. Box 431**<br>**San Bernardino, CA 92402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,136.65 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 3910**<br>**Tupelo, MS 38803-3910** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $182.12 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,417.50 |
| ACCT #:<br>**AT&T Wireless**<br>**P.O. Box 6463**<br>**Carl Stream, IL 60197-6463** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $741.21 |
| ACCT #:<br>**Best Way Disposal**<br>**2577 Kentucky Avenue**<br>**Indianapolis, IN 46221** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,799.17 |
| ACCT #:<br>**Big Donut**<br>**3510 S. East Street**<br>**Indianapolis, IN 46227** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,215.00 |

Sheet no. ___1___ of ___12___ continuation sheets attached to                                  Subtotal >     $8,491.65
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                              (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **G & G Hotel Development, LLC**                                Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Blue River Printing**<br>P.O. Box 211<br>Shelbyville, IN 46176 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $537.14 |
| ACCT #:<br>**Brighthouse**<br>P.O. Box 30262<br>Tampa, FL 33630-3262 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $414.25 |
| ACCT #:<br>**Carrier Corporation**<br>P.O. Box 93844<br>Chicago, IL 60673 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $134.00 |
| ACCT #:<br>**Cintas**<br>9949 Park Davis Drive<br>Indianapolis, IN 46235 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $3,641.48 |
| ACCT #:<br>**Cintas**<br>P.O. Box 630803<br>Cincinnati, OH 45263 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $385.20 |
| ACCT #:<br>**Citizens Gas**<br>P.O. Box 7056<br>Indianapolis, IN 46241 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,582.57 |

Sheet no. _____2_____ of _____12_____ continuation sheets attached to                    Subtotal >    $6,694.64
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                            (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                              Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City Security & Audio**<br>**P.O. Box 1141**<br>**Marion, IN 46952** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $244.85 |
| ACCT #:<br>**Commercial Maintenance Chemical Corp**<br>**43 Heisser Ct.**<br>**Farmingdale, NY 11735** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $479.16 |
| ACCT #:<br>**Commtrak**<br>**17493 Nassau Commons**<br>**Lewes, DE 19958** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $28.44 |
| ACCT #:<br>**Deep Blue Wireless**<br>**12 Elmwood Road**<br>**Menands, NY 12204-2410** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $25.00 |
| ACCT #:<br>**Dept. of Homeland Security**<br>**302 W. Washington Street, Rm 246**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>.<br>REMARKS: | | | | $618.00 |
| ACCT #:<br>**DirectTV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,034.37 |

Sheet no. _____3_____ of _____12_____ continuation sheets attached to                              Subtotal >                 $3,429.82
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                    (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dynatek Solutions**<br>**P.O. Box 14518**<br>**Springfield, MO 65814** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | **$550.00** |
| ACCT #:<br>**First Data**<br>**2201 Civic Circle, Suite 517**<br>**Amarillo, TX 79109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | **$392.11** |
| ACCT #:<br>**Guard Insurance Corp.**<br>**P.O. Box 62479**<br>**Baltimore, MD 21264** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | **$4,537.00** |
| ACCT #:<br>**Hays & Sons**<br>**757 E. Murry Street**<br>**Indianapolis, IN 46227** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | **$1,187.44** |
| ACCT #:<br>**HD Supply**<br>**P.O. Box 509058**<br>**San Diego, CA 92150-9058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | **$3,525.09** |
| ACCT #:<br>**Hostetler & Kowalik, P.C.**<br>**101 W. Ohio Street, Suite 2100**<br>**Indianpolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____4____ of ____12____ continuation sheets attached to                    Subtotal >    **$10,191.64**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                            (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                    Case No. _____

                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hotel Planner**<br>**777 S. Flagler Drive, Suite 800 W**<br>**West Palm Beach, FL 33401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $810.00 |
| ACCT #:<br>**Indiana Department of Revenue**<br>**100 N. Senate Avenue**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>.<br>REMARKS: | | | | $50,000.00 |
| ACCT #:<br>**Indiana Dept. of Workforce**<br>**10 N. Senate Avenue, SE204**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>.<br>REMARKS: | | | | $2,000.00 |
| ACCT #:<br>**Indianapolis Armored Car**<br>**P.O. Box 17072**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $370.84 |
| ACCT #:<br>**Indianapolis Convetion & Visitors**<br>**P.O. Box 7248**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $2,231.20 |
| ACCT #:<br>**Indianapolis Water Company**<br>**P.O. Box 1990**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Bills**<br>REMARKS: | | | | $47,063.92 |

Sheet no. ____5____ of ____12____ continuation sheets attached to                    Subtotal >    $102,475.96

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >

                                                    (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **G & G Hotel Development, LLC**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Infinty Group Recovery**<br>**3175 Satelite Blvd**<br>**Bldg. 600 Suite 343**<br>**Dulorh, GA 30096** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $250.00 |
| ACCT #:<br>**IPL**<br>**P.O. Box 110**<br>**Indianapolis, IN 46206** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $12,788.18 |
| ACCT #:<br>**JNR Adjustment Company Inc.**<br>**P.O. Box 27070**<br>**Minneapolis, MN 55427** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $316.82 |
| ACCT #:<br>**Kaba IL Co Inc**<br>**P.O. Box 12553 Succ. Centre Villa**<br>**Montreal, Quebec, Canada H3C 5RI** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $244.10 |
| ACCT #:<br>**Klosterman Baking Company**<br>**P.O. Box 712572**<br>**Cincinnati, OH 45271** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $61.54 |
| ACCT #:<br>**Koorsen Fire & Security**<br>**2719 N. Arlington Avenue**<br>**Indianapolis, IN 46218** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $392.50 |

Sheet no. ____6____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$14,053.14**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                    Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Koorsen Fire & Security**<br>**342 Massachusetts Avenue**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $8,566.66 |
| ACCT #:<br>**Lake Shore Travel**<br>**337 Park Avenue**<br>**Glencoe, IL 60022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $37.80 |
| ACCT #:<br>**Lion Distributing**<br>**P.O. Box 565**<br>**Reisterstown, MD 21136-0565** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,593.54 |
| ACCT #:<br>**Methodist OCC Health**<br>**P.O. Box 1022**<br>**Wixom, MI 48393-1022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $42.00 |
| ACCT #:<br>**Micros**<br>**7031 Columbia Gateway Drive**<br>**Columbia, MD 21046** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $20,796.07 |
| ACCT #:<br>**National Exhaust Cleaning**<br>**634 E. SR 42**<br>**Morresville, IN 46158** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $387.48 |

Sheet no. ___7___ of ___12___ continuation sheets attached to          **Subtotal >**          $31,423.55
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                  **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                              Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**New Century Imaging**<br>**19527 Business Center Drive**<br>**Northridge, CA 91324** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $350.68 |
| ACCT #:<br>**Olinger Distributing**<br>**415 S. Shortridge Drive**<br>**Indianapolis, IN 46219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $236.44 |
| ACCT #:<br>**Orkin**<br>**P.O. Box 681038**<br>**Indianapolis, IN 46268** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $909.00 |
| ACCT #:<br>**Pen Products**<br>**2010 E. New York Street**<br>**Indianapolis, IN 46201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $103.15 |
| ACCT #:<br>**Pioneer Research**<br>**3110 N. 19th Avenue**<br>**Phoenix, AZ 85015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $198.04 |
| ACCT #:<br>**Preferred Mechanical Service**<br>**67 N. 2nd Avenue**<br>**Beech Grove, IN 46107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $117.50 |

Sheet no. ____8____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $1,914.81

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                     Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Premier Credit, N.A.**<br>**P.O. Box 4115 - Dept. 716**<br>**Concord, CA 94524** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $36,695.28 |
| ACCT #:<br>**Progressive Insurance**<br>**P.O. Box 129**<br>**Grand River, OH 44045-0129** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $259.55 |
| ACCT #:<br>**Progressive Insurance**<br>**P.O. Box 30108**<br>**Tampa, FL 33630-3108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,912.00 |
| ACCT #:<br>**Quality Stay 4 Less**<br>**7257 NW 4th Blvd., Suite 13**<br>**Gainesville, FL 32606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $624.00 |
| ACCT #:<br>**Quill**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101-37600** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $107.04 |
| ACCT #:<br>**Ramada Indy Airport**<br>**5601 Fortune Circle**<br>**Indianapolis, IN 46241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $242.19 |

Sheet no. ____9____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$39,840.06**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ramada Worlwide**<br>**22 Sylvan Way**<br>**Parsippany, NJ 07054** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $117,085.07 |
| ACCT #:<br>**Republic Services**<br>**832 Lansdale Avenue**<br>**Indianapolis, IN 46202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,068.60 |
| ACCT #:<br>**Royal Chemical Corp.**<br>**P.O. Box 1601**<br>**Owings Mills, MD 21117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $429.79 |
| ACCT #:<br>**Rubin & Levin, A, P.C.**<br>**500 Marott Center**<br>**342 Massachusetts Avenue**<br>**Indianapolis, IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>.<br>REMARKS: | | | | $8,961.64 |
| ACCT #:<br>**Saflok**<br>**31750 Sherman Avenue**<br>**Madison Heights, MI 48071** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $975.90 |
| ACCT #:<br>**Selective Systems, Inc.**<br>**4230 S. Madison Avenue**<br>**Indianapolis, IN 46277** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $769.23 |

Sheet no. ____10____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Subtotal >                    **$129,290.23**

                                                              Total >
                                 (Use only on last page of the completed Schedule F.)
                   (Report also on Summary of Schedules and, if applicable, on the
                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Slaughter Travel Enterprises**<br>**7416 Wesboro Road**<br>**Louisville, KY 40242** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $468.00 |
| ACCT #:<br>**Sysco Indianapolis, LLC**<br>**4000 W. 62nd Street**<br>**Indianapolis, IN 46268** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,120.57 |
| ACCT #:<br>**Travel Inc.**<br>**4355 River Green Pkwy**<br>**Duluth, GA 30096-9404** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $55.17 |
| ACCT #:<br>**Travel Today**<br>**P.O. Box 504558**<br>**St. Louis, MO 63150** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $266.10 |
| ACCT #:<br>**Traveling Team**<br>**5255 N. Federal Hwy., 3rd Fl.**<br>**Boca Raton, FL 33487** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $2,106.00 |
| ACCT #:<br>**US Yellow Pages**<br>**P.O. Box 3110**<br>**Jersey City, NJ 07303** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $975.00 |

Sheet no. ___11___ of ___12___ continuation sheets attached to                    **Subtotal >**    $4,990.84
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **G & G Hotel Development, LLC**                    Case No. _____

                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**USA Today**<br>**800 N. Causeway Blvd.**<br>**Mandeville, LA 70448** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $1,023.54 |
| ACCT #:<br>**Western Hotel Supply**<br>**701 Enterprise Street N**<br>**Aberdeen, SD 57402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $589.31 |
| ACCT #:<br>**Western Hotel Supply**<br>**P.O. Box 1276**<br>**Aberdeen, SD 57402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**World Choice Travel**<br>**P.O. Box 105199**<br>**Atlanta, GA 30348-5199** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $5.90 |
| ACCT #:<br>**Yellow Pages United**<br>**P.O. Box 53282**<br>**Atlanta, GA 30355** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Extended to Business**<br>REMARKS: | | | | $296.00 |
| | | | | | | |

Sheet no. ____**12**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | | $1,914.75 |
| Total > | | $372,281.07 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **G & G Hotel Development, LLC**                              Case No. _____

                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **G & G Hotel Development, LLC**                    Case No. _____

                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gurinderjit Purewal**<br>23224 94th Avenue S<br>Kent, WA 98031 | **United Central Bank**<br>2601 N. Lamar Boulevard, Suite 300<br>Austin, TX 78705 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **G & G Hotel Development, LLC**                     Case No.

                                                           Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $2,000,000.00 | | |
| B - Personal Property | Yes | 5 | $218,940.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $5,390,387.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $106,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $372,281.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 25 | $2,218,940.00 | $5,868,668.08 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **G & G Hotel Development, LLC**                                      Case No. _____
                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***Managing Member***_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**27**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **7/21/2011**_____           Signature  **/s/ Gurinderjit Purewal**_____
                                                                        ***Gurinderjit Purewal***
                                                                        ***Managing Member***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **G & G Hotel Development, LLC**                    CASE NO

                                                            CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$10,000.00** |
| Prior to the filing of this statement I have received: | **$2,500.00** |
| Balance Due: | **$7,500.00** |

2.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **7/21/2011** | **/s/ Jeffrey W. Deer** |
| *Date* | *Jeffrey W. Deer*          Bar No.  6204093 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **G & G Hotel Development, LLC**                           Case No.

                                                                  Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| United Central Bank<br>2601 N. Lamar Boulevard, Suite 300<br>Austin, TX 78705 | | Mortgage - PMSI | | **$5,390,387.01**<br>**Value: $2,000,000.00** |
| Ramada Worlwide<br>22 Sylvan Way<br>Parsippany, NJ 07054 | | Credit Extended to Business | | **$117,085.07** |
| Marion County Assessor<br>200 E. Washington Street, Suite 1360<br>Indianapolis, IN 46204 | | . | | **$106,000.00** |
| Indiana Department of Revenue<br>100 N. Senate Avenue<br>Indianapolis, IN 46204 | | . | | **$50,000.00** |
| Indianapolis Water Company<br>P.O. Box 1990<br>Indianapolis, IN 46204 | | Utility Bills | | **$47,063.92** |
| Premier Credit, N.A.<br>P.O. Box 4115 - Dept. 716<br>Concord, CA 94524 | | Credit Extended to Business | | **$36,695.28** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **G & G Hotel Development, LLC**                                  Case No.

                                                                         Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Micros<br>7031 Columbia Gateway Drive<br>Columbia, MD 21046 | | Credit Extended to Business | | **$20,796.07** |
| 21st Century Insurance<br>2 Wells Avenue<br>Newton, MA 02459 | | Credit Extended to Business | | **$15,000.00** |
| IPL<br>P.O. Box 110<br>Indianapolis, IN 46206 | | Credit Extended to Business | | **$12,788.18** |
| Rubin & Levin, A, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204 | | . | | **$8,961.64** |
| Koorsen Fire & Security<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204 | | Credit Extended to Business | | **$8,566.66** |
| Guard Insurance Corp.<br>P.O. Box 62479<br>Baltimore, MD 21264 | | Credit Extended to Business | | **$4,537.00** |
| Cintas<br>9949 Park Davis Drive<br>Indianapolis, IN 46235 | | Credit Extended to Business | | **$3,641.48** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **G & G Hotel Development, LLC**                                   Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HD Supply<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | Credit Extended to Business | | **$3,525.09** |
| Best Way Disposal<br>2577 Kentucky Avenue<br>Indianapolis, IN 46221 | | Services | | **$2,799.17** |
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | Services | | **$2,417.50** |
| Indianapolis Convetion & Visitors<br>P.O. Box 7248<br>Indianapolis, IN 46204 | | Credit Extended to Business | | **$2,231.20** |
| Traveling Team<br>5255 N. Federal Hwy., 3rd Fl.<br>Boca Raton, FL 33487 | | Credit Extended to Business | | **$2,106.00** |
| DirectTV<br>P.O. Box 60036<br>Los Angeles, CA 90060-0036 | | Services | | **$2,034.37** |
| Indiana Dept. of Workforce<br>10 N. Senate Avenue, SE204<br>Indianapolis, IN 46204 | | . | | **$2,000.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **G & G Hotel Development, LLC**                                          Case No.

                                                                                                                    Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**7/21/2011**_____          Signature:__**/s/ Gurinderjit Purewal**_____
                                                                                                *Gurinderjit Purewal*
                                                                                                **Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **G & G Hotel Development, LLC**                                    CASE NO

                                                                            CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  7/21/2011 _____            Signature  **/s/ Gurinderjit Purewal** _____
                                                        **_Gurinderjit Purewal_**
                                                        **_Managing Member_**


Date _____                        Signature _____